E-FILED
Thursday, 27 February, 2020  04:32:57 PM
Clerk, U.S. District Court, ILCD

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

__Urbana___ Division

FILED

FEB 2 7 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| David Harold Penny | Case No. 20 - 2047 |
| | (to be filled in by the Clerk's Office) |
| Plaintiff(s) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☑ Yes ☐ No |
| -v- | |
| See Attached for complete list of individuals; not being sued as one group | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David Harold Penny |
| Street Address | 734 E 1000 N Rd |
| City and County | Buckley    Iroquois County |
| State and Zip Code | Illinois  60918 |
| Telephone Number | 217-377-6575 |
| E-mail Address | d.h.penny@hotmail.com |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                           Nancy Pelosi
Job or Title *(if known)*      U.S. Representative
Street Address                 1236 Longworth House Office Building
City and County
State and Zip Code             Washington, DC  20515
Telephone Number               (202) 225-4965
E-mail Address *(if known)*

Defendant No. 2

Name                           Adam B Schiff
Job or Title *(if known)*      U.S. Representative
Street Address                 2269 Rayburn House Office Building
City and County
State and Zip Code             Washington, DC  20515
Telephone Number               (202) 225-4176
E-mail Address *(if known)*

Defendant No. 3

Name                           Jerry Nadler
Job or Title *(if known)*      U.S. Representative
Street Address                 2132 Rayburn House Office Building
City and County
State and Zip Code             Washington, DC  20515
Telephone Number               202-225-5635
E-mail Address *(if known)*

Defendant No. 4

Name                           Alexandria Ocasio-Cortez
Job or Title *(if known)*      U.S. Representative
Street Address                 229 Cannon House Office Building
City and County
State and Zip Code             Washington, DC  20515
Telephone Number               202-225-3965
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Constitution Article I Section 2 para 5 and Sec 3 para 7; Article II Sec 4; Article VI para 4; XIV Amendment  para 3; 923-925 18 U.S.C Code 371 Conspiracy to Defraud the United States; Defrauding the Government of Money or Property; Obstructing or Impairing Legitimate Government Activity; 18 U.S.C Codes 2381-2385 Treason; Misprision of Treason; Rebellion or Insurrection; Seditious Conspiracy; Advocating the Overthrow of Government; and 5 U.S. Code 3331 Oath of Office

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ .
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.   If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ .

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Each of the individual defendants in their voting for, participation in, proceedings, processes, procedures, in the submission of invalid, illegal, unconstitutional, and unfounded Articles of Impeachment against President Donald J. Trump, and funding of these activities using tax payer money to remove the President in a political coup, attempting to nullify my vote, and all votes cast for President Trump: through these unprecedented acts their misfeasance, malfeasance, and nonfeasance violated the cited sections of the Constitution, federal criminal statutes, and their oaths.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests all Defendants be removed from political office; some with the inability to never run for public office again, others unable to run for at least 10 years, some with the inability to work for the government at any level ever again, others for at least for 5 years; All are fined for restitution in the amount of two years salary (the amount of this two-year term during which these crimes were committed) paid back into the Public Treasury that the government of, by, and for We the People might recoup more than, all, or at least some of the taxpayer money spent on these corrupt activities, and imprisonment of some, not all, of the defendants as appropriate.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          02/27/2020

Signature of Plaintiff

Printed Name of Plaintiff    David Harold Penny

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Attached Defendant List                                          page 1 of 17

Legend                    House Office Building ( HOB)

| Defendant No. | 5 | Defendant No. | 6 |
|---|---|---|---|
| Name | Alma Adams | Name | Pete Aguilar |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2436 Rayburn HOB | Street Address: | 109 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-1510 | Telephone Number | 202.225.3201 |
| Defendant No. | 7 | Defendant No. | 8 |
| Name | Colin Allred | Name | Cindy Axne |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 328 Cannon HOB | Street Address: | 330 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2231 | Telephone Number | (202) 225-5476 |
| Defendant No. | 9 | Defendant No. | 10 |
| Name | Nanette Barragan | Name | Karen Bass |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1030 Longworth HOB | Street Address: | 2059 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-8220 | Telephone Number | (202) 225-7084 |
| Defendant No. | 11 | Defendant No. | 12 |
| Name | Joyce Beatty | Name | Ami Bera |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2303 Rayburn HOB | Street Address: | 1727 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-4324 | Telephone Number | (202) 225-5716 |
| Defendant No. | 13 | Defendant No. | 14 |
| Name | Don Beyer | Name | Lisa Blunt Rochester |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1119 Longworth HOB | Street Address: | 1519 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4376 | Telephone Number | (202) 225-4165 |
| Defendant No. | 15 | Defendant No. | 16 |
| Name | Sanford D Bishop Jr | Name | Earl Blumenauer |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2407 Rayburn HOB | Street Address: | 1111 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-3631 | Telephone Number | (202) 225-4811 |
| Defendant No. | 17 | Defendant No. | 18 |
| Name | Suzanne Bonamici | Name | Brendan F Boyle |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2231 Rayburn HOB | Street Address: | 1133 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-0855 | Telephone Number | (202) 225-6111 |

Legend                    House Office Building

| | | | | |
|---|---|---|---|---|
| Defendant No. | 19 | | Defendant No. | 20 |
| Name | Anthony Brindisi | | Name | Anthony Brown |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 329 Cannon HOB | | Street Address: | 1323 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3665 | | Telephone Number | (202) 225-8699 |
| Defendant No. | 21 | | Defendant No. | 22 |
| Name | Julia Brownley | | Name | Cheri Bustos |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 2262 Rayburn HOB | | Street Address: | 1233 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-5811 | | Telephone Number | 202-225-5905 |
| Defendant No. | 23 | | Defendant No. | 24 |
| Name | G K Butterfield | | Name | Salud Carbajal |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 2080 Rayburn HOB | | Street Address: | 1431 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3101 | | Telephone Number | (202) 225-3601 |
| Defendant No. | 25 | | Defendant No. | 26 |
| Name | Tony Cardenas | | Name | Andre Carson |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 2438 Rayburn HOB | | Street Address: | 2135 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-6131 | | Telephone Number | 202-225-4011 |
| Defendant No. | 27 | | Defendant No. | 28 |
| Name | Matt Cartwright | | Name | Ed Case |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 1034 Longworth HOB | | Street Address: | 2443 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-5546 | | Telephone Number | (202) 225-2726 |
| Defendant No. | 29 | | Defendant No. | 30 |
| Name | Sean Casten | | Name | Kathy Castor |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 429 Cannon HOB | | Street Address: | 2052 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4561 | | Telephone Number | (202) 225-3376 |
| Defendant No. | 31 | | Defendant No. | 32 |
| Name | Joaquin Castro | | Name | Judy Chu |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 2241 Rayburn HOB | | Street Address: | 2423 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-3236 | | Telephone Number | (202) 225-5464 |

Attached Defendant List                                    page 3 fo 17
Legend                    House Office Building

| | | | | |
|---|---|---|---|
| Defendant No. | 33 | Defendant No. | 34 |
| Name | David Cicilline | Name | Gil Cisneros |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2233 Rayburn HOB | Street Address: | 431 Cannon HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-4911 | Telephone Number | (202) 225-4111 |
| Defendant No. | 35 | Defendant No. | 36 |
| Name | Katherine M Clark | Name | Yvette D Clarke |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2448 Rayburn HOB | Street Address: | 2058 Rayburn HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-2836 | Telephone Number | (202) 225-6231 |
| Defendant No. | 37 | Defendant No. | 38 |
| Name | William Lacy Clay | Name | Emanuel Cleaver II |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2428 Rayburn HOB | Street Address: | 2335 Rayburn HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-2406 | Telephone Number | (202) 225-4535 |
| Defendant No. | 39 | Defendant No. | 40 |
| Name | James E Clyburn | Name | Steve Cohen |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 200 Cannon  HOB | Street Address: | 2104 Rayburn HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202)225-3315 | Telephone Number | (202) 225-3265 |
| Defendant No. | 41 | Defendant No. | 42 |
| Name | Gerald E Connolly | Name | Jim Cooper |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2238 Rayburn HOB | Street Address: | 1536 Longworth HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-1492 | Telephone Number | (202) 225-4311 |
| Defendant No. | 43 | Defendant No. | 44 |
| Name | J Luis Correa | Name | Jim Costa |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1039 Longworth HOB | Street Address: | 2081 Rayburn HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-2965 | Telephone Number | 202-225-3341 |
| Defendant No. | 45 | Defendant No. | 46 |
| Name | Joe Courtney | Name | TJ Cox |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2332 Rayburn H | Street Address: | 1728 Longworth HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-2076 | Telephone Number | (202) 225-4695 |

Attached Defendant List                    page 4 of 17

Legend                  House Office Building

| Defendant No. | 47 | Defendant No. | 48 |
|---|---|---|---|
| Name | Angie Craig | Name | Charlie Crist |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1523 Longworth HOB | Street Address: | 215 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2271 | Telephone Number | (202) 225-5961 |

| Defendant No. | 49 | Defendant No. | 50 |
|---|---|---|---|
| Name | Jason Crow | Name | Henry Cuellar |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1229 Longworth HOB | Street Address: | 2372 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-7882 | Telephone Number | (202) 225-1640 |

| Defendant No. | 51 | Defendant No. | 52 |
|---|---|---|---|
| Name | Joe Cunningham | Name | Sharice Davids |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 423 Cannon HOB | Street Address: | 1541 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3176 | Telephone Number | (202) 225-2865 |

| Defendant No. | 53 | Defendant No. | 54 |
|---|---|---|---|
| Name | Susan A Davis | Name | Danny K Davis |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1214 Longworth HOB | Street Address: | 2159 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-2040 | Telephone Number | (202) 225-5006 |

| Defendant No. | 55 | Defendant No. | 56 |
|---|---|---|---|
| Name | Madeleine Dean | Name | Peter A DeFazio |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 129 Cannon HOB | Street Address: | 2134 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-4731 | Telephone Number | 202-225-6416 |

| Defendant No. | 57 | Defendant No. | 58 |
|---|---|---|---|
| Name | Diana DeGette | Name | Rosa DeLauro |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2111 Rayburn HOB | Street Address: | 2413 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4431 | Telephone Number | (202) 225-3661 |

| Defendant No. | 59 | Defendant No. | 60 |
|---|---|---|---|
| Name | Suzan DelBene | Name | Antonio Delgado |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2330 Rayburn HOB | Street Address: | 1007 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-6311 | Telephone Number | (202) 225-5614 |

Attached Defendant List                                    page 5 of 17
Legend                    House Office Building

| | | | |
|---|---|---|---|
| Defendant No. | 61 | Defendant No. | 62 |
| Name | Val Demings | Name | Mark DeSaulnier |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 217 Cannon HOB | Street Address: | 503 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-2176 | Telephone Number | (202) 225-2095 |
| Defendant No. | 63 | Defendant No. | 64 |
| Name | Ted Deutch | Name | Debbie Dingell |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2447 Rayburn HOB | Street Address: | 116 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-3001 | Telephone Number | (202) 225-4071 |
| Defendant No. | 65 | Defendant No. | 66 |
| Name | Lloyd Doggett | Name | Mike Doyle |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2307 Rayburn HOB | Street Address: | 306 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4865 | Telephone Number | (202) 225-2135 |
| Defendant No. | 67 | Defendant No. | 68 |
| Name | Veronica Escobar | Name | Anna G Eshoo |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1505 Longworth HOB | Street Address: | 202 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4831 | Telephone Number | (202) 225-8104 |
| Defendant No. | 69 | Defendant No. | 70 |
| Name | Adriano Espaillat | Name | Dwight Evans |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1630 Longworth HOB | Street Address: | 1105 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-4365 | Telephone Number | (202) 225-4001 |
| Defendant No. | 71 | Defendant No. | 72 |
| Name | Abby Finkenauer | Name | Lizzie Fletcher |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 124 Cannon HOB | Street Address: | 1429 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2911 | Telephone Number | (202) 225-2571 |
| Defendant No. | 73 | Defendant No. | 74 |
| Name | Bill Foster | Name | Lois Frankel |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2366 Rayburn HOB | Street Address: | 2305 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-3515 | Telephone Number | 202-225-9890 |

Attached Defendant List                    page 6 of 17

Legend                 House Office Building

| | | | |
|---|---|---|---|
| Defendant No. | 75 | Defendant No. | 76 |
| Name | Marcia L Fudge | Name | Ruben Gallego |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2344 Rayburn HOB | Street Address: | 1131 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-7032 | Telephone Number | (202) 225-4065 |
| Defendant No. | 77 | Defendant No. | 78 |
| Name | John Garamendi | Name | Jesus Garcia |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2368 Rayburn HOB | Street Address: | 530 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-1880 | Telephone Number | (202) 225-8203 |
| Defendant No. | 79 | Defendant No. | 80 |
| Name | Sylvia R Garcia | Name | Jared Golden |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1620 Longworth HOB | Street Address: | 1223 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-1688 | Telephone Number | (202) 225-6306 |
| Defendant No. | 81 | Defendant No. | 82 |
| Name | Jimmy Gomez | Name | Vicente Gonzalez |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1530 Longworth HOB | Street Address: | 113 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-6235 | Telephone Number | 202-225-2531 |
| Defendant No. | 83 | Defendant No. | 84 |
| Name | Josh Gottheimer | Name | Al Green |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 213 Cannon HOB | Street Address: | 2347 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4465 | Telephone Number | (202) 225-7508 |
| Defendant No. | 85 | Defendant No. | 86 |
| Name | Raul M Grijalva | Name | Deb Haaland |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1511 Longworth HOB | Street Address: | 1237 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2435 | Telephone Number | (202) 225-6316 |
| Defendant No. | 87 | Defendant No. | 88 |
| Name | Josh Harder | Name | Alcee L Hastings |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 131 Cannon HOB | Street Address: | 2353 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202) 225-4540 | Telephone Number | (202) 225-1313 |

Attached Defendant List                              page 7 of 17
Legend                  House Office Building

| | | | |
|---|---|---|---|
| Defendant No. | 89 | Defendant No. | 90 |
| Name | Jahana Hayes | Name | Denny Heck |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1415 Longworth HOB | Street Address: | 2452 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4476 | Telephone Number | 202-225-9740 |
| Defendant No. | 91 | Defendant No. | 92 |
| Name | Brian Higgins | Name | Katie Hill |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2459 Rayburn HOB | Street Address: | 1130 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-3306 | Telephone Number | (202) 225-1956 |
| Defendant No. | 93 | Defendant No. | 94 |
| Name | Jim Himes | Name | Kendra Horn |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1227 Longworth HOB | Street Address: | 415 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202)225-5541 | Telephone Number | (202) 225-2132 |
| Defendant No. | 95 | Defendant No. | 96 |
| Name | Steven Horsford | Name | Chrissy Houlahan |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1330 Longworth HOB | Street Address: | 1218 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-9894 | Telephone Number | (202) 225-4315 |
| Defendant No. | 97 | Defendant No. | 98 |
| Name | Steny H Hoyer | Name | Jared Huffman |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1705 Longworth HOB | Street Address: | 1527 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4131 | Telephone Number | (202) 225-5161 |
| Defendant No. | 99 | Defendant No. | 100 |
| Name | Sheila Jackson Lee | Name | Pramila Jayapal |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2079 Rayburn HOB | Street Address: | 1510 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3816 | Telephone Number | 202-225-3106 |
| Defendant No. | 101 | Defendant No. | 102 |
| Name | Hakeem Jeffries | Name | Hank Johnson |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2433 Rayburn HOB | Street Address: | 2240 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-5936 | Telephone Number | (202) 225-1605 |

Attached Defendant List                              page 8 of 17

| Legend | House Office Building | | |
|---|---|---|---|
| Defendant No. | 103 | Defendant No. | 104 |
| Name | Eddie Bernice Johnson | Name | Marcy Kaptur |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2306 Rayburn HOB | Street Address: | 2186 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-8885 | Telephone Number | (202) 225-4146 |
| Defendant No. | 105 | Defendant No. | 106 |
| Name | William Keating | Name | Robin Kelly |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2351 Rayburn HOB | Street Address: | 2416 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3111 | Telephone Number | (202) 225-0773 |
| Defendant No. | 107 | Defendant No. | 108 |
| Name | (202) 225-0773 | Name | Ro Khanna |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 304 Cannon HOB | Street Address: | 221 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-5931 | Telephone Number | 202-225-2631 |
| Defendant No. | 109 | Defendant No. | 110 |
| Name | Dan Kildee | Name | Derek Kilmer |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 203 Cannon HOB | Street Address: | 1410 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-3611 | Telephone Number | (202) 225-5916 |
| Defendant No. | 111 | Defendant No. | 112 |
| Name | Andy Kim | Name | Ron Kind |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1516 Longworth HOB | Street Address: | 1502 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 1516 Longworth HOB | Telephone Number | (202) 225-5506 |
| Defendant No. | 113 | Defendant No. | 114 |
| Name | Ann Kirkpatrick | Name | Raja Krishnamoorthi |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 309 Cannon HOB | Street Address: | 115 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2542 | Telephone Number | (202) 225-3711 |
| Defendant No. | 115 | Defendant No. | 117 |
| Name | Ann McLane Kuster | Name | Conor Lamb |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 320 Cannon HOB | Street Address: | 1224 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-5206 | Telephone Number | (202) 225-2301 |

Attached Defendant List                                    page 9 of 17

Legend                    House Office Building

| | | | |
|---|---|---|---|
| Defendant No. | 117 | Defendant No. | 118 |
| Name | Jim Langevin | Name | Rick Larsen |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2077 Rayburn HOB | Street Address: | 2113 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2735 | Telephone Number | (202) 225-2605 |
| Defendant No. | 119 | Defendant No. | 120 |
| Name | John B Larson | Name | Brenda Lawrence |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1501 Longworth HOB | Street Address: | 2463 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2265 | Telephone Number | (202) 225-5802 |
| Defendant No. | 121 | Defendant No. | 122 |
| Name | Al Lawson | Name | Barbara Lee |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1406 Longworth HOB | Street Address: | 2470 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-0123 | Telephone Number | (202) 225-2661 |
| Defendant No. | 123 | Defendant No. | 124 |
| Name | Susie Lee | Name | Mike Levin |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 522 Cannon HOB | Street Address: | 1626 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3252 | Telephone Number | (202) 225-3906 |
| Defendant No. | 125 | Defendant No. | 126 |
| Name | Andy Levin | Name | John Lewis |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 228 Cannon HOB | Street Address: | John Lewis |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4961 | Telephone Number | (202) 225-3801 |
| Defendant No. | 127 | Defendant No. | 128 |
| Name | Ted Lieu | Name | Daniel Lipinski |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 403 Cannon HOB | Street Address: | 2346 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3976 | Telephone Number | (202) 225 - 5701 |
| Defendant No. | 129 | Defendant No. | 130 |
| Name | Dave Loebsack | Name | Zoe Lofgren |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1211 Longworth HOB | Street Address: | 1401 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-6576 | Telephone Number | (202) 225-3072 |

Attached Defendant List

Legend — House Office Building

| | | | |
|---|---|---|---|
| Defendant No. | 131 | Defendant No. | 132 |
| Name | Alan Lowenthal | Name | Nita M Lowey |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 108 Cannon HOB | Street Address: | 2365 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-7924 | Telephone Number | 202-225-6506 |
| Defendant No. | 133 | Defendant No. | 134 |
| Name | Ben Ray Lujan | Name | Elaine Luria |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2323 Rayburn HOB | Street Address: | 534 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-6190 | Telephone Number | (202) 225-4215 |
| Defendant No. | 135 | Defendant No. | 136 |
| Name | Stephen F Lynch | Name | Tom Malinowski |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2109 Rayburn HOB | Street Address: | 426 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-8273 | Telephone Number | (202) 225-5361 |
| Defendant No. | 137 | Defendant No. | 138 |
| Name | Carolyn B Maloney | Name | Sean Patrick Maloney |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2308 Rayburn HOB | Street Address: | 2331 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-7944 | Telephone Number | 202-225-5441 |
| Defendant No. | 139 | Defendant No. | 140 |
| Name | Doris Matsui | Name | Ben McAdams |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2311 Rayburn HOB | Street Address: | 130 Cannonnon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-7163 | Telephone Number | (202) 225-3011 |
| Defendant No. | 141 | Defendant No. | 142 |
| Name | Lucy McBath | Name | Betty McCollum |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1513 Longworth HOB | Street Address: | 2256 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4501 | Telephone Number | (202) 225-6631 |
| Defendant No. | 143 | Defendant No. | 144 |
| Name | A Donald McEachin | Name | Jim McGovern |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 314 Cannon HOB | Street Address: | 408 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-636 | Telephone Number | 202-225-6101 |

Attached Defendant List
Legend
House Office Building

| Defendant No. | 145 | Defendant No. | 146 |
|---|---|---|---|
| Name | Jerry McNerney | Name | Gregory W Meeks |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2265 Rayburn HOB | Street Address: | 2310 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-1947 | Telephone Number | (202) 225-3461 |
| Defendant No. | 147 | Defendant No. | 148 |
| Name | Grace Meng | Name | Gwen Moore |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2209 Rayburn HOB | Street Address: | 2252 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-2601 | Telephone Number | (202) 225-4572 |
| Defendant No. | 149 | Defendant No. | 150 |
| Name | Joseph D Morelle | Name | Seth Moulton |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1317 Longworth HOB | Street Address: | 1127 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3615 | Telephone Number | (202) 225-8020 |
| Defendant No. | 151 | Defendant No. | 152 |
| Name | Debbie Mucarsel-Powell | Name | Stephanie Murphy |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 114 Cannon HOB | Street Address: | Stephanie Murphy |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2778 | Telephone Number | (202) 225-4035 |
| Defendant No. | 153 | Defendant No. | 154 |
| Name | Joe Neguse | Name | Grace F Napolitano |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1419 Longworth HOB | Street Address: | 1610 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202) 225-2161 | Telephone Number | (202) 225-5256 |
| Defendant No. | 155 | Defendant No. | 156 |
| Name | Richard E Neal | Name | Donald Norcross |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2309 Rayburn HOB | Street Address: | 2437 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-5601 | Telephone Number | (202) 225-6501 |
| Defendant No. | 157 | Defendant No. | 158 |
| Name | Tom O'Halleran | Name | Ilhan Omar |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 324 Cannon HOB | Street Address: | 1517 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-3361 | Telephone Number | (202) 225-4755 |

Attached Defendant List

Legend

House Office Building

| | | | |
|---|---|---|---|
| Defendant No. | 159 | Defendant No. | 160 |
| Name | Frank Pallone Jr | Name | Jimmy Panetta |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2107 Rayburn HOB | Street Address: | 212 Cannon HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-4671 | Telephone Number | 202-225-2861 |
| Defendant No. | 161 | Defendant No. | 162 |
| Name | Chris Pappas | Name | Bill Pascrell Jr |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 323 Cannon HOB | Street Address: | 2409 Rayburn HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-5456 | Telephone Number | (202) 225-5751 |
| Defendant No. | 163 | Defendant No. | 164 |
| Name | Donald M Payne Jr | Name | Ed Perlmutter |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 103 Cannon HOB | Street Address: | 1226 Longworth HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-3436 | Telephone Number | (202) 225-2645 |
| Defendant No. | 165 | Defendant No. | 166 |
| Name | Scott Peters | Name | Dean Phillips |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2338 Rayburn HOB | Street Address: | 1305 Longworth HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | 202-225-0508 | Telephone Number | (202) 225-2871 |
| Defendant No. | 167 | Defendant No. | 168 |
| Name | Chellie Pingree | Name | Mark Pocan |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2162 Rayburn HOB | Street Address: | 1421 Longworth HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-6116 | Telephone Number | 202-225-2906 |
| Defendant No. | 169 | Defendant No. | 170 |
| Name | Katie Porter | Name | Ayanna S Pressley |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1117 Longworth HOB | Street Address: | 1108 Longworth HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | (202) 225-5611 | Telephone Number | (202) 225-5111 |
| Defendant No. | 171 | Defendant No. | 172 |
| Name | David E Price | Name | Mike Quigley |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2108 Rayburn HOB | Street Address: | 2458 Rayburn HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | 202.225.1784 | Telephone Number | (202) 225-4061 |

Attached Defendant List                                       page 13 of 17
Legend                  House Office Building

| | | | |
|---|---|---|---|
| Defendant No. | 173 | Defendant No. | 174 |
| Name | Jamie Raskin | Name | Kathleen Rice |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 412 Cannon HOB | Street Address: | 2435 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-5341 | Telephone Number | (202) 225-5516 |
| Defendant No. | 175 | Defendant No. | 176 |
| Name | Cedric L Richmond | Name | Max Rose |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 506 Cannon HOB | Street Address: | 1529 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-6636 | Telephone Number | (202) 225-3371 |
| Defendant No. | 177 | Defendant No. | 178 |
| Name | Harley Rouda | Name | Lucille Roybal-Allard |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2300 Rayburn HOB | Street Address: | 2083 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2415 | Telephone Number | (202) 225-1766 |
| Defendant No. | 179 | Defendant No. | 180 |
| Name | Raul Ruiz | Name | Dutch Ruppersberger |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2342 Rayburn HOB | Street Address: | 2206 Rayburnn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-5330 | Telephone Number | 202-225-3061 |
| Defendant No. | 181 | Defendant No. | 182 |
| Name | Bobby L Rush | Name | Tim Ryan |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2188 Rayburn  HOB | Street Address: | 1126 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4372 | Telephone Number | (202) 225-5261 |
| Defendant No. | 183 | Defendant No. | 184 |
| Name | Linda T Sanchez | Name | John Sarbanes |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2329 Rayburn HOB | Street Address: | 2370 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-6676 | Telephone Number | (202) 225-4016 |
| Defendant No. | 185 | Defendant No. | 186 |
| Name | Mary Gay Scanlon | Name | Jan Schakowsky |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1535 Longworth HOB | Street Address: | 2367 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2011 | Telephone Number | (202) 225-2111 |

Attached Defendant List

Legend

House Office Building

| | | | |
|---|---|---|---|
| Defendant No. | 187 | Defendant No. | 188 |
| Name | Brad Schneider | Name | Kurt Schrader |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1432 Longworth HOB | Street Address: | 2431 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-4835 | Telephone Number | (202) 225-5711 |
| Defendant No. | 189 | Defendant No. | 190 |
| Name | Kim Schrier | Name | Robert C Scott |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1123 Longworth HOB | Street Address: | 1201 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-7761 | Telephone Number | (202) 225-8351 |
| Defendant No. | 191 | Defendant No. | 192 |
| Name | David Scott | Name | Terri A Sewell |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 225 Cannon HOB | Street Address: | 2201 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2939 | Telephone Number | (202) 225-2665 |
| Defendant No. | 193 | Defendant No. | 194 |
| Name | Donna E Shalala | Name | Brad Sherman |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1320 Longworth HOB | Street Address: | 2181 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3931 | Telephone Number | (202) 225-5911 |
| Defendant No. | 195 | Defendant No. | 198 |
| Name | Mikie Sherrill | Name | Albio Sires |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1208 Longworth HOB | Street Address: | 2268 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-5034 | Telephone Number | (202) 225-7919 |
| Defendant No. | 197 | Defendant No. | 198 |
| Name | Elissa Slotkin | Name | Adam Smith |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1531 Longworth HOB | Street Address: | 2264 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4872 | Telephone Number | (202) 225-8901 |
| Defendant No. | 199 | Defendant No. | 200 |
| Name | Darren Soto | Name | Abigail Spanberger |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1507 Longworth HOB | Street Address: | 1239 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-9889 | Telephone Number | (202) 225-2815 |

Attached Defendant List                    page 15 of 17
Legend                    House Office Building

| | | | | |
|---|---|---|---|---|
| Defendant No. | 201 | | Defendant No. | 202 |
| Name | Jackie Speier | | Name | Greg Stanton |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 2465 Rayburn HOB | | Street Address: | 128 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3531 | | Telephone Number | (202) 225-9888 |
| Defendant No. | 203 | | Defendant No. | 204 |
| Name | Haley Stevens | | Name | Tom Suozzi |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 227 Cannon HOB | | Street Address: | 214 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-8171 | | Telephone Number | (202) 225-3335 |
| Defendant No. | 205 | | Defendant No. | 206 |
| Name | Eric Swalwell | | Name | Mark Takano |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 407 Cannon HOB | | Street Address: | 420 Cannon HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-5065 | | Telephone Number | 202.225.2305 |
| Defendant No. | 207 | | Defendant No. | 208 |
| Name | Mike Thompson | | Name | Bennie Thompson |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 406 Cannon HOB | | Street Address: | 2466 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-3311 | | Telephone Number | (202) 225-587 |
| Defendant No. | 209 | | Defendant No. | 210 |
| Name | Dina Titus | | Name | Rashida Tlaib |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 2464 Rayburn HOB | | Street Address: | 1628 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-5965 | | Telephone Number | (202) 225-5126 |
| Defendant No. | 211 | | Defendant No. | 212 |
| Name | Paul Tonko | | Name | Norma J Torres |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 2369 Rayburn HOB | | Street Address: | 2444 Raybur HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-5076 | | Telephone Number | (202) 225-5076 |
| Defendant No. | 213 | | Defendant No. | 214 |
| Name | Xochitl Torres Small | | Name | Lori Trahan |
| Job Title: | U.S. Representative | | Job Title: | U.S. Representative |
| Street Address: | 430 Cannon HOB | | Street Address: | 1616 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2365 | | Telephone Number | (202) 225-3411 |

Attached Defendant List
Legend                    House Office Building                              page 16 of 17

| Defendant No. | 215 | Defendant No. | 217 |
|---|---|---|---|
| Name | David Trone | Name | Lauren Underwood |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1213 Longworth HOB | Street Address: | 1118 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2721 | Telephone Number | (202) 225-2976 |
| Defendant No. | 217 | Defendant No. | 218 |
| Name | Juan C Vargas | Name | Marc Veasey |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2244 Rayburn HOB | Street Address: | 2348 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | 202-225-8045 | Telephone Number | (202) 225-9897 |
| Defendant No. | 219 | Defendant No. | 220 |
| Name | Filemon Vela | Name | Nydia M Velazquez |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 307 Cannon HOB | Street Address: | 2302 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-9901 | Telephone Number | (202) 225-2361 |
| Defendant No. | 221 | Defendant No. | 222 |
| Name | Peter J Visclosky | Name | Debbie Wasserman Schultz |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2328 Rayburn HOB | Street Address: | 1114 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2461 | Telephone Number | 202-225-7931 |
| Defendant No. | 223 | Defendant No. | 224 |
| Name | Maxine Waters | Name | Bonnie Watson Coleman |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2221 Rayburn HOB | Street Address: | 2442 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-2201 | Telephone Number | (202) 225-5801 |
| Defendant No. | 225 | Defendant No. | 226 |
| Name | Peter Welch | Name | Jennifer Wexton |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 2187 Rayburn HOB | Street Address: | 1217 Longworth HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-4115 | Telephone Number | (202) 225-5136 |
| Defendant No. | 227 | Defendant No. | 228 |
| Name | Susan Wild | Name | Frederica S Wilson |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 1607 Longworth HOB | Street Address: | 2445 Rayburn HOB |
| State and Zip Code: | Washington, DC 20515 | State and Zip Code: | Washington, DC 20515 |
| Telephone Number | (202) 225-6411 | Telephone Number | (202) 225-4506 |

Attached Defendant List                              page 17 of 17

| Legend | House Office Building | | |
|---|---|---|---|
| Defendant No. | 229 | Defendant No. | 230 |
| Name | John Yarmuth | Name | Justin Amash |
| Job Title: | U.S. Representative | Job Title: | U.S. Representative |
| Street Address: | 402 Cannon HOB | Street Address: | 106 Cannon HOB |
| State and Zip Code: | Washington, DC  20515 | State and Zip Code: | Washington, DC  20515 |
| Telephone Number | 202-225-5401 | Telephone Number | (202) 225-3831 |